# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

|  |  |
|---|---|
| VICTOR MAXIMOVSKIKH, individually, and on behalf of all others similarly situated who consent to their inclusion,<br><br>                    Plaintiffs,<br>v.<br><br>JOHNSON CONTROLS, INC.,<br><br>                    Defendant. | CASE NO. 1:13-cv-62179-WJZ<br><br>Collective Action Representation |

## JOINT NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff, Victor Maximovskikh, and Defendant, Johnson Controls, Inc., have resolved this matter to the parties' satisfaction. The parties are in the process of finalizing their settlement agreement, and have agreed to file a Joint Motion for Approval of Terms of Settlement and Final Order of Dismissal with prejudice with the Court, upon the parties' execution of the settlement agreement and performance of the settlement terms. Accordingly, the parties hereby respectfully request that this Court allow the parties until January 3, 2014 to complete the settlement, during which time the parties request the Court to retain jurisdiction over this matter until fully resolved.

**RESPECTFULLY SUBMITTED**, this 12th day of December, 2013.

2

| | |
|---|---|
| *s/ R. Edward Rosenberg* | *s/Mark J. Neuberger* |
| Dale J. Morgado, Esq. | Mark J. Neuberger, Esq. |
| FL Bar No. 0064015 | FL Bar No. 982024 |
| R. Edward Rosenberg, Esq. | Larry S. Perlman, Esq. |
| FL Bar No. 0088231 | FL Bar No. 91934 |
| FELDMAN MORGADO, P.A. | FOLEY & LARDNER LLP |
| 100 North Biscayne Boulevard | 2 South Biscayne Boulevard, Suite 1900 |
| 29th Floor, Suite 2902 | Miami, FL 33131 |
| Miami, FL 33132 | (305) 482-8400 (Telephone) |
| (305) 222-7850 (Telephone) | (305)482-8600 (Facsimile) |
| (305) 384-4676 (Facsimile) | mneuberger@foley.com (Email) |
| dmorgado@ffmlawgroup.com | lperlman@foley.com (Email) |
| erosenberg@ffmlawgroup.com | |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendant Johnson Controls, Inc. |

2

4822-1870-0567.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof has been furnished to the following via electronic transmission, through CM/ECF on this 12th day of December, 2013:

FELDMAN MORGADO, P.A.
Dale J. Morgado, Esq.
dmorgado@ffmlawgroup.com
R. Edward Rosenberg, Esq.
erosenberg@ffmlawgroup.com
100 North Biscayne Boulevard
29th Floor, Suite 2902
Miami, FL 33132

Attorneys for Plaintiffs

*s/Mark J. Neuberger*